IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **BOBBY JOE MANZIEL, et al.,** | § | |
| Plaintiffs, | § § § | |
| v. | § § | No. 1:15-CV-0214-P |
| **SENECA INSURANCE COMPANY INC., et al.,** | § § § | |
| Defendants. | § § | |

### ORDER OF TRANSFER

Defendant Seneca Insurance Company Inc. removed this action from the 160th Judicial District Court of Dallas County. However, 28 U.S.C. § 1441(a) permits a defendant to remove a state action only "to the district court of the United States for the district and division embracing the place where such action is pending." Similarly, removal requires the defendant to file a notice of removal "in the district court of the United States for the district and division within which such [state] action is pending." 28 U.S.C. § 1446(a). Dallas County is within the territorial confines of the Dallas Division of the Northern District of Texas. *See* 28 U.S.C. § 124(a)(1). Whether intentional or not, it thus appears that Defendant removed the state action to the wrong division. Accordingly, the Court transfers this action to the proper division for removal – the Dallas Division of the Northern District of Texas.

IT IS SO ORDERED this 23rd day of November, 2015.

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**